United States Bankruptcy Court for the:

Southern District of New York

Case number (*If known*): _____   Chapter you are filing under:
☐ Chapter 7
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | New York Classic Motors, LLC | |
| 2. **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 34-2042198 | |
| 4. **Debtor's address** | **Principal place of business**<br>Hudson River Park, 1 Pier 76<br>Number     Street<br>408 12th Avenue<br><br>New York            NY     10018<br>City                State    ZIP Code<br><br>New York County<br>County | **Mailing address, if different from principal place of business**<br>_____<br>Number     Street<br><br>_____<br>P.O. Box<br><br>_____<br>City          State     ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>_____<br>Number     Street<br><br>_____<br><br>_____<br>City          State     ZIP Code |
| 5. **Debtor's website** (URL) | https://classiccarclubmanhattan.com/ | |
| 6. **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor  New York Classic Motors, LLC  Case number (*if known*) _____
        Name

### 7. Describe debtor's business

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

813410

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes.  District _____  When _____  Case number _____
                                  MM / DD / YYYY
         District _____  When _____  Case number _____
                                  MM / DD / YYYY

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes.  Debtor _____  Relationship _____
         District _____  When _____
                                 MM / DD / YYYY
         Case number, if known _____

Debtor __New York Classic Motors, LLC__    Case number (*if known*)_____
         Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number    Street

_____

_____   _____   _____
City                                    State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☑ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

Official Form 201         Voluntary Petition for Non-Individuals Filing for Bankruptcy         page **3**

Debtor  New York Classic Motors, LLC  
Name

Case number (*if known*)_____

| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☑ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/09/2021  
MM / DD / YYYY

✖ /s/ Zachary Moseley  
Signature of authorized representative of debtor

Zachary Moseley  
Printed name

Title  Managing Member of Metro Classic Car Management, LLC, as Managing Member of New

**18. Signature of attorney**

✖ /s/ Erica Aisner  
Signature of attorney for debtor

Date  04/09/2021  
MM / DD / YYYY

Erica Aisner  
Printed name

Kirby Aisner & Curley LLP  
Firm name

700 Post Road Suite 237  
Number   Street

Scarsdale  
City

NY  
State

10583  
ZIP Code

(914) 401-9500  
Contact phone

eaisner@kacllp.com  
Email address

4106084  
Bar number

NY  
State

ABC123 Homes NJ LLC
30 Stockton Avenue
Seaside Park, NJ 08752

Active Fire Control
PO Box 1977
Long Island City, NY 11101

All City Duct Cleaning
160 Hicks Street
Westbury, NY 11590

All Data Corp.
9650 W Taron Drive, Ste. 100
Elk Grove, CA 95757

Alliance Refrigeration
65 Stonegate Drive
Staten Island, NY 10304

American Express Bank, FSB
4315 South 2700 West
Salt Lake City, UT 84184

American Express National Bank
4315 South 2700 West
Salt Lake City, UT 84184

Amur Equipment Finance, Inc.
308 North Locust Street
Grand Island, NE 68801

Arun Master
470 Park Avenue, Apt. 12B
New York, NY 10022

Ascentium Capital
23970 Highway 59N
Humble, TX 77339

AutoCraft NYC
621 West 46th Street
New York, NY 10001

BMW Financial Services
PO Box 9001065
Louisville, KY 40290

Bridge Mechanical Company
101 Veterans Road
Staten Island, NY 10309

C S Disco
PO Box 670533
Dallas, TX 75267

C T Corporation System
330 N Brand Blvd, Suite 700
Attn: SPRS
Glendale, CT 91203

CCC NFP Inc.
1 Pier 76
New York, NY 10018

Chase Bank
PO Box 6294
New York, NY 60197

Con Edison
JAF Station, PO Box 1702
New York, NY 10116

Corporation Service Company
PO Box 2576
Springfield, IL 62708

D & V Autobody
609 Frelinghuysen Ave
Newark, NJ 07114

Daimler Trust
13650 Heritage Parkway
Fort Worth, TX 76177

Daniel P. Kurtz
353 West Street
Pier 40, 2nd Floor
New York, NY 10014

David Whelan
415 Greenwich Street, Apt. 8H
New York, NY 10013

DCFS USA LLC
13650 Heritage Parkway
Fort Worth, TX 76177

Deluxe Business Checks and Solution
PO Box 64468
Saint Paul, MN 55164

DNJ AC Services
69-73 74th Street
Middle Village, NY 11379

DNJ Mechanical
69-73 74th Street
Newark, NJ 07114

Ellenoff Grossman & Schole LLP
1345 Avenue of the Americas
New York, NY 10105

Emre Bozyigit
566 Hudson Street, Apt. 2
New York, NY 10014

Executive Media Global, LP
303 Fifth Avenue #1908
New York, NY 10016

Exoticars USA
636 Frenchtown Road
Milford, NJ 08848

Fire Systems of New Jersey LLC
1080 Farmingdale Road
Jackson, NJ 08527

Ford  Motor Credit
PO Box 220564
Pittsburgh, PA 15257

Fred L. Seeman, Esq.
The Law Offices of Fred L. Seeman
32 Broadway, Suite 1214
New York, NJ 10004

General Motors, LLC
PO Box 43830
Detroit, MI 48243

Gerard's Waters Edge
120 Old Town Park Road
New Milford, CT 06776

GM Financial
PO Box 43830
Detroit, MI 48243

GTE Engineering LLC
67 Park Street
Orange, NJ 07050

Gus Bessone
277 W 10th Street, Apt. 4-A
New York, NY 10014

Healthpass
PO Box 28413
New York, NY 10087

HIL Holdings I LLC
c/o Kernco Partners
27 Lakeview Road
Brookfield, CT 06804

HireRight
PO Box 847783
Dallas, TX 75284

Hiro Clark LLC
2930 Denby Avenue, Unit B
Los Angeles, CA 90039

Hudson River Park Friends
305 7th Avenue, 12th Floor
New York, NY 10001

Hudson River Park Trust, Inc.
353 West Street
Pier 40, 2nd Floor
New York, NY 10014

Hudson River Park Trust, Inc. and Dan Kurtz
353 West Street
Pier 40, 2nd Floor
New York, NY 10014

Integrated Project Delivery Partners, Inc.
116 Chambers Street, 2nd Floor
New York, NY 10007

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

John Mini Landscapes, LTD.
250 Brenner Drive
Congers, NY 10920

Jose Vinci
424 Broome Street
New York, NY 10013

K & K
8580 Innovation Way
Chicago, IL 60682

Katz Sapper & Miller
Department 235
PO Box 7096
Indianapolis, IN 46206

Keith Goggin (AVH LLC)
5 E 17th Street, Apt. 7
New York, NY 10003

Kim Fedoff
70 Greene Street, Apt. 3702
Jersey City, NJ 07302

Manhattan Funding
711 11th Avenue
New York, NY 10019

Marc Becker
c/o Clarick Gueron Reisbaum LLP
220 Fifth Avenue, 14th Floor
New York, NY 10001

Marc Hirschfield, Esq.
Royer Cooper Cohen Braunfeld LLC
1120 Avenue of the Americas, 4th Floor
New York, NY 10036

Michael Princinello
59 Maiden Lane, 38th Floor
New York, NY 10038

Michael Zimet, LLC
3240 Henry Hudson Parkway
Suite B
Bronx, NY 10463

New Jersey Motorsports Park LLC
8000 Dividing Creek Road
Millville, NJ 08332

Next Gear Funding
11799 North College Avenue
Carmel, IN 46032

Nextgear Capital, Inc.
1320 City Center Drive, Ste. 100
Carmel, IN 46032

Nicole Cuttino, Esq.
Hudson River Park Trust, Inc.
353 West Street, Pier 40, 2nd Floor
New York, NY 10014

NuVisions
259-263 Goffle Road
Hawthorne, NJ 07506

NYC Corporation Counsel
100 Church Street, RM 5-240
Attn: Bankruptcy Dept.
New York, NY 10007

NYC Dept. of Finance
345 Adams Street, 3rd Floor
Brooklyn, NY 11201

NYS Dept. of Tax & Finance
PO Box 15168
Albany, NY 12212

NYS Dept. Taxation & Finance
Bankruptcy/ Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300

Office of the United States Trustee
201 Varick Street, Room 1006
New York, NY 10014

On the Marc, LLC
47 Larkin Street
Stamford, CT 06907

Patrick Eakin
94 Silver Hill Road
Ridgefield, CT 06877

Peter Sullivan, Esq.
Sullivan, PC
7 East 20th Street
New York, NY 10003

Porsche
75 Remittance Drive, Ste. 1738
Chicago, IL 60675

Private Client Group
PO Box 35423
Newark, NJ 07193

QPR Mechanical Inc.
33 Archer Drive
Bronxville, NY 10708

R.I.P. Construction Consultants Inc.
325 Broadway, Suite 304
New York, NY 10007

Related
423 West 55th Street
New York, NY 10019

Richard Levine
170 E 87th Street, Apt. E6A
New York, NY 10128

Rick Nelson
325 West 76th Street
New York, NY 10023

Rovin Rozario, Esq.
Rozario Touma, P.C.
55 Broadway, 20th Floor
New York, NY 10006

Safety-Kleen Systems Inc.
PO Box 382066
Pittsburgh, PA 15250

Senthil Sundaram
535 West 23rd Street, Apt. N9K
New York, NY 10011

Statewide Fire Corp.
1 Teleport Drive, Suite 202
Staten Island, NY 10311

Steven Kratchman Architect PC
23 Warren Street, Store #9
New York, NY 10007

TD Auto Finance
PO Box 16035
Lewiston, ME 04243

Ten Mile River Preserve
PO Box 691266, Bershire Road
Dover Plains, NY 12522

The Cesspool Man, Inc.
240 Cross Bay Boulevard
Far Rockaway, NY 11693

The Idea Place
Arhusgade 68, 2 tv.
DK-2100, Østerbro

The Ninety LLC
1 Pier 76
New York, NY 10018

Untitled Era LLC
1401 Dean Street, Apt. 1
Brooklyn, NY 11216

US Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203

US Small Business Administration
PO Box 3918
Portland, OR 97208

Waste Connections
PO Box 660654
Dallas, TX 75266

World Patent & Trademark Register
Prikop 843/4, 602 00
Brno, Czech Republic

Zac Moseley
18 Chester Road
Montclair, NJ 07043

United States Bankruptcy Court
Southern District of New York

In re: New York Classic Motors, LLC

Case No.

Chapter 11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 04/09/2021

/s/ Zachary Moseley
Signature of Individual signing on behalf of debtor

Managing Member of Metro Classic Car
Position or relationship to debtor