# EXHIBIT "F"

# PROMISSORY NOTE

$2,100,000.00                                              As of March 1, 2021

FOR VALUE RECEIVED, the undersigned, New York Classic Motors LLC, a New York limited liability company ("***Issuer***"), hereby unconditionally promises to pay to HIL Holdings I LLC, a Delaware limited liability company ("***Purchaser***"), at c/o Kernco Partners, 43 Harwood Road, London SW6 4QP, United Kingdom, or such other address given to Issuer by Purchaser, the principal sum of Two Million One Hundred Thousand Dollars ($2,100,000.00) (the "***Principal Amount***"), or so much thereof as may be advanced hereunder prior to maturity, in lawful money of the United States of America, together with interest on the unpaid principal balance from day to day remaining, computed from the date of advance until maturity at the rate per annum, payable at such times and in such amounts as are specified in the Note Purchase Agreement (as defined below).

Both principal and interest are payable to Purchaser at the address set forth in the Note Purchase Agreement or otherwise provided in writing to Issuer, in immediately available funds.

This Note is one of the Notes subject to, referenced in, and entitled to the benefits of that certain Amended and Restated Note Purchase Agreement dated as of April 30, 2018 (as the same may be amended, amended and restated, restated, supplemented, modified or otherwise in effect from time to time, the "***Note Purchase Agreement***"), by and among Issuer and Purchaser and the other noteholders from time to time party thereto. Capitalized terms used herein without definition are used as defined in the Note Purchase Agreement.

This Note (i) is a Note Document, (ii) is entitled to the benefits of the Note Documents and (iii) is subject to certain provisions of the Note Purchase Agreement, including without limitation, Sections 14 (Assignment), 16 (Governing Law) and 18 (Waiver of Jury Trial). The Note Purchase Agreement contains, among other things, provisions for the acceleration of the maturity of the unpaid Principal Amount of this Note upon the happening of certain stated events and also for prepayments on account of the Principal Amount prior to the maturity, upon the terms and conditions specified therein.

Issuer waives presentment, demand, protest, notice of protest and non-payment or other notice of default, notice of acceleration, and intention to accelerate, or other notice of any kind and agrees that its liability under this Note shall not be affected by any renewal or extension in the time of payment hereof, or in any indulgences, or by any release or change in any security for the payment of this Note, hereby consents to any and all renewals, extensions, indulgences, releases, or changes, regardless of the number of such renewals, extensions, indulgences, releases, or changes.

No waiver by Purchaser of any of its rights or remedies hereunder or under any other Note Document or otherwise, shall be considered a waiver of any other subsequent right or remedy of Purchaser; no delay or omission in the exercise or enforcement by Purchaser of any rights or remedies shall ever be construed as a waiver of any right or remedy of Purchaser; and no exercise or enforcement of any such rights or remedies shall ever be held to exhaust any right or remedy of Purchaser.

**THIS INSTRUMENT AND ALL ISSUES AND CLAIMS ARISING IN CONNECTION WITH OR RELATING TO THE INDEBTEDNESS EVIDENCED HEREBY SHALL BE GOVERNED AND CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF NEW YORK WITHOUT REGARD TO THE CONFLICTS OF LAWS PRINCIPLES THEREOF.**

**THE ISSUER AND PURCHASER HEREBY IRREVOCABLY AND UNCONDITIONALLY WAIVE, TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, ANY RIGHT THAT THEY MAY HAVE TO TRIAL BY JURY OF ANY CLAIM OR CAUSE OF ACTION, OR IN ANY LEGAL PROCEEDING DIRECTLY OR**

1

**INDIRECTLY BASED UPON OR ARISING OUT OF THIS AGREEMENT OR THE TRANSACTIONS CONTEMPLATED BY THIS AGREMENT (WHETHER BASED ON CONTRACT, TORT OR ANY OTHER THEORY).**

[*Remainder of Page Intentionally Left Blank*]

2

**ISSUER:**

**New York Classic Motors LLC**, a New York
limited liability company

By: _____

Nam

Title:    for Metro Classic Car Management,
LLC Managing Member


Accepted and Agreed:

**HIL Holdings I LLC**, a Delaware limited
liability company


By: _____

Name:
Title:


**Signature Page to Promissory Note**

**SENIOR PROMISSORY NOTE**

$800,000.00                                                   As of March 1, 2021

FOR VALUE RECEIVED, the undersigned, New York Classic Motors LLC, a New York limited liability company ("*Issuer*"), hereby unconditionally promises to pay to HIL Holdings I LLC, a Delaware limited liability company ("*Purchaser*"), at c/o Kernco Partners, 43 Harwood Road, London SW6 4QP, United Kingdom, or such other address given to Issuer by Purchaser, the principal sum of Eight Hundred Thousand Dollars ($800,000.00) (the "*Principal Amount*"), or so much thereof as may be advanced hereunder prior to maturity, in lawful money of the United States of America, together with interest on the unpaid principal balance from day to day remaining, computed from the date of advance until maturity at the rate per annum, payable at such times and in such amounts as are specified in the Note Purchase Agreement (as defined below).

Both principal and interest are payable to Purchaser at the address set forth in the Note Purchase Agreement or otherwise provided in writing to Issuer, in immediately available funds.

This Note is subject to, referenced in, and entitled to the benefits of that certain Senior Note Purchase Agreement dated as of April 30, 2018 (as the same may be amended, amended and restated, restated, supplemented, modified or otherwise in effect from time to time, the "*Note Purchase Agreement*"), by and among Issuer and Purchaser. Capitalized terms used herein without definition are used as defined in the Note Purchase Agreement.

This Note (i) is a Note Document, (ii) is entitled to the benefits of the Note Documents and (iii) is subject to certain provisions of the Note Purchase Agreement, including without limitation, Sections 14 (Assignment), 16 (Governing Law) and 18 (Waiver of Jury Trial). The Note Purchase Agreement contains, among other things, provisions for the acceleration of the maturity of the unpaid Principal Amount of this Note upon the happening of certain stated events and also for prepayments on account of the Principal Amount prior to the maturity, upon the terms and conditions specified therein.

Issuer waives presentment, demand, protest, notice of protest and non-payment or other notice of default, notice of acceleration, and intention to accelerate, or other notice of any kind and agrees that its liability under this Note shall not be affected by any renewal or extension in the time of payment hereof, or in any indulgences, or by any release or change in any security for the payment of this Note, hereby consents to any and all renewals, extensions, indulgences, releases, or changes, regardless of the number of such renewals, extensions, indulgences, releases, or changes.

No waiver by Purchaser of any of its rights or remedies hereunder or under any other Note Document or otherwise, shall be considered a waiver of any other subsequent right or remedy of Purchaser; no delay or omission in the exercise or enforcement by Purchaser of any rights or remedies shall ever be construed as a waiver of any right or remedy of Purchaser; and no exercise or enforcement of any such rights or remedies shall ever be held to exhaust any right or remedy of Purchaser.

**THIS INSTRUMENT AND ALL ISSUES AND CLAIMS ARISING IN CONNECTION WITH OR RELATING TO THE INDEBTEDNESS EVIDENCED HEREBY SHALL BE GOVERNED AND CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF NEW YORK WITHOUT REGARD TO THE CONFLICTS OF LAWS PRINCIPLES THEREOF.**

**THE ISSUER AND PURCHASER HEREBY IRREVOCABLY AND UNCONDITIONALLY WAIVE, TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, ANY RIGHT THAT THEY MAY HAVE TO TRIAL BY JURY OF ANY CLAIM OR CAUSE OF ACTION, OR IN ANY LEGAL PROCEEDING DIRECTLY OR INDIRECTLY BASED UPON OR ARISING OUT OF THIS AGREEMENT OR THE**

**TRANSACTIONS CONTEMPLATED BY THIS AGREMENT (WHETHER BASED ON CONTRACT, TORT OR ANY OTHER THEORY).**

*[Remainder of Page Intentionally Left Blank]*

2

**ISSUER:**

**New York Classic Motors LLC**, a New York
limited liability company

By: _____

    Name:  Zac Moseley
    Title:   for Metro Classic Car Management,
              LLC Managing Member


Accepted and Agreed:

**HIL Holdings I LLC**, a Delaware limited
liability company

By: _____

    Name:
    Title:

**Signature Page to Promissory Note**