**Fill in this information to identify the case:**

Debtor name: New York Classic Motors, LLC

United States Bankruptcy Court for the: Southern District of New York

Case number (If known): 21-10670

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | On the Marc, LLC<br>47 Larkin Street<br>Stamford, CT, 06907 | marc@onthemarcevents.com ;<br>fred@seemanlaw.com | Litigation Claim | Disputed<br>Unliquidated<br>Contingent | | | 600,000.00 |
| 2 | Hudson River Park Trust, Inc.<br>353 West Street<br>Pier 40, 2nd Floor<br>New York, NY, 10014 | dkurtz@hrpt.ny.gov ;<br>rrozario@rozariolaw.com ;<br>htouma@rozariolaw.com | Concession Agreement | Disputed<br>Unliquidated<br>Contingent | | | 557,526.07 |
| 3 | Keith Goggin (AVH LLC)<br>5 E 17th Street, Apt. 7<br>New York, NY, 10003 | keith.goggin@integralderivatives.com ; rlr@dhclegal.com | Noteholder | | | | 500,000.00 |
| 4 | US Small Business Administration<br>PO Box 3918<br>Portland, OR, 97208 | | PPP Loan | Contingent | | | 434,542.00 |
| 5 | Jose Vinci<br>424 Broome Street<br>New York, NY, 10013 | jose@vicini.com | Noteholder | | | | 268,833.00 |
| 6 | NYS Dept. of Tax & Finance<br>PO Box 15168<br>Albany, NY, 12212 | | Taxes & Other Government Units | | | | 177,253.33 |
| 7 | Rick Nelson<br>325 West 76th Street<br>New York, NY, 10023 | rick.nelson.nyc@gmail.com | Noteholder | | | | 133,833.00 |
| 8 | Con Edison<br>JAF Station, PO Box 1702<br>New York, NY, 10116 | brownk@coned.com | Utility Services | | | | 117,318.54 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

| Debtor | New York Classic Motors, LLC | Case number (if known) | 21-10670 |
|---|---|---|---|

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Arun Master<br>470 Park Avenue, Apt. 12B<br>New York, NY, 10022 | arun_master@yahoo.com | Noteholder | | | | 100,000.00 |
| 10 | Marc Becker<br>c/o Clarick Gueron Reisbaum LLP<br>220 Fifth Avenue, 14th Floor<br>New York, NY, 10001 | gclarick@cgr-law.com & eweissler@cgr-law.com | Pending Litigation | Disputed Unliquidated Contingent | | | 96,256.69 |
| 11 | Kim Fedoff<br>70 Greene Street, Apt. 3702<br>Jersey City, NJ, 07302 | klim777@yahoo.com | Noteholder | | | | 66,625.00 |
| 12 | Emre Bozyigit<br>566 Hudson Street, Apt. 2<br>New York, NY, 10014 | emrebozyigit@yahoo.com | Noteholder | | | | 50,000.00 |
| 13 | Chase Bank<br>PO Box 6294<br>New York, NY, 60197 | daniel.bodson@chase.com | Credit Card Debt | | | | 38,904.00 |
| 14 | D & V Autobody<br>609 Frelinghuysen Ave<br>Newark, NJ, 07114 | dvautobody@aol.com | Suppliers or Vendors | | | | 37,797.21 |
| 15 | David Whelan<br>415 Greenwich Street, Apt. 8H<br>New York, NY, 10013 | David.m.whelan@gmail.com | Noteholder | | | | 36,785.00 |
| 16 | Richard Levine<br>170 E 87th Street, Apt. E6A<br>New York, NY, 10128 | richard@nyrei.com | Noteholder | | | | 26,926.00 |
| 17 | Healthpass<br>PO Box 28413<br>New York, NY, 10087 | lcoismain@healthpassny.com | Suppliers or Vendors | | | | 25,918.00 |
| 18 | NuVisions<br>259-263 Goffle Road<br>Hawthorne, NJ, 07506 | mwhallak@nuvisions.net | Suppliers or Vendors | | | | 21,793.55 |
| 19 | Senthil Sundaram<br>535 West 23rd Street, Apt. N9K<br>New York, NY, 10011 | senthil.sundaram@gmail.com | Noteholder | | | | 20,747.00 |
| 20 | The Idea Place<br>Arhusgade 68, 2 tv.<br>DK-2100, Østerbro | alex@ideaplace.dk | Suppliers or Vendors | | | | 19,500.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2