UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

NEW YORK CLASSIC MOTORS, LLC,

                    Reorganized Debtor.
-----------------------------------------------------------X

           Chapter 11
           Case No. 21-10670(MG)

## **ORDER OF FINAL DECREE**

     **UPON** the filing of an Application by New York Classic Motors, LLC, the above-captioned debtor (the "Debtor"), by its attorneys, Kirby Aisner & Curley LLP, for a Final Decree closing the above captioned chapter 11 case, and it appearing that substantial consummation of the Debtor's Fourth Amended SubChapter V Chapter 11 Plan of Reorganization within the meaning of 11 U.S.C. §1101(2) having duly occurred, it is hereby

     **ORDERED,** that the Chapter 11 case of the above-captioned Debtor is hereby closed; and it is further

     **ORDERED**, that Nat Wasserstein, as SubChapter V Trustee, is discharged of his duties under the Bankruptcy Code in this case.


Dated:  December 8, 2022
       New York, New York


                         **/s/ Martin Glenn**
                            MARTIN GLENN
            Chief United States Bankruptcy Judge